

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 26, 2024

**BY EMAIL**
**FOR FILING UNDER SEAL**
The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Elvis Nathaniel Curtis, et al.*
          **24 Cr. 655**

Dear Judge Moses:

On November 21, 2024, an indictment, 24 Cr. 655 (the "Indictment"), was returned and filed under seal, together with warrants for the arrests of the charged defendants.

The Government respectfully requests that the Court issue an order unsealing the Indictment for all purposes. The Government further requests that this letter also be filed under seal until which time the Indictment is unsealed.

Finally, the Government respectfully requests that the Indictment be assigned a United States District Judge on Wheel C.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

**SO ORDERED:**            by:           /s/

                                                              Jonathan L. Bodansky
                                                              Nicholas S. Bradley
                                                               Juliana N. Murray
THE HONORABLE BARBARA MOSES     Assistant United States Attorneys
U.S.M.J.                                                    (212) 637- 2385 / -1581 / -2314