**GOTLIB LAW**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/26/2025__

# MEMORANDUM ENDORSED

November 26, 2025

*Via* ECF

The Honorable Gregory H. Woods
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Curtis, et al.,* 24 Cr. 655 (GHW)

Dear Judge Woods:

I represent William Simeon and write respectfully to request permission for Benjamin Silverman, who is counsel for codefendant Ulrique Jean Baptiste, to stand in for me at the December 5, 2025 status conference. I am scheduled to visit a client incarcerated in Colorado at USP Florence ADMAX on December 4 and to fly back to New York on December 5, 2025. Mr. Silverman has agreed to stand in for me. I saw Mr. Simeon yesterday and he consents to this request. Thank you for your consideration.

Respectfully Submitted,

/s/

Valerie A. Gotlib

Cc:     All counsel of record (*via* ECF)

Application granted.  Mr. Silverman may stand in for Ms. Gotlib at the conference on December 5, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 88.
SO ORDERED.
Dated:  November 26, 2025

_____
GREGORY H. WOODS
United States District Judge

**Gotlib Law**, PLLC
20 Vesey Street | Suite 400 | New York | NY | 10007
T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com