UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

UNITED STATES OF AMERICA,            :

                                           :

-against-                                     :

                                           :

WILLIAM SIMEON,                       :            1:24-cr-655-GHW-5

                                           :

                Defendant.         :            ORDER

--------------------------------------------------------------- X

```
┌─────────────────────────────────────────┐
│ USDC SDNY                                │
│ DOCUMENT                                 │
│ ELECTRONICALLY FILED                     │
│ DOC #: _____                  │
│ DATE FILED:  3/23/2026                   │
└─────────────────────────────────────────┘
```

GREGORY H. WOODS, United States District Judge:

     A change of counsel hearing in this matter will take place on March 26, 2026 at 11:30 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  Counsel for the United States, Mr. Simeon and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

     SO ORDERED.

Dated:  March 23, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge