RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, NEW JERSEY 07042
973-744-1000

DAVID A. RUHNKE* (davidruhnke@ruhnkeandbarrett.com) ◊ JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)
*RETIRED FROM FIRM 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 9/11/2026

September 9, 2026

**MEMORANDUM ENDORSED**

BY ECF
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. William Simeon, 24 Cr. 655 (GHW)

Dear Judge Woods:

I write, respectfully, to request a one-week extension of time for filing pretrial motions on behalf of Mr. Simeon. I am away on a family vacation this week and in the preceding weeks have been traveling for several cases in which my clients have faced the possible punishment of death. For two of those cases, the Department of Justice has set very short deadlines for submitting mitigating information regarding whether the Government will seek the death penalty, requiring immediate traveling to Puerto Rico and the Dominican Republic to conduct mitigation interviews. A continuance will provide me with the opportunity to review whether any motions are warranted, and, if so to prepare and file them.

Should the Court grant this motion, Mr. Simeon's motions would be due September 18, 2026. The Government consents to this brief continuance.

Respectfully submitted,

*Jean D Barrett*
Jean D Barrett
Attorney for William Simeon

Application granted. The deadline for Mr. Simeon to file pretrial motions is extended to September 18, 2026. The Government's oppositions to any defense motions filed by Mr. Simeon are due no later than the date that is two weeks following the date of service of Mr. Simeon's motions. Mr. Simeon's reply, if any, is due no later than the date that is three business days following the date of service of the Government's opposition.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 126.

SO ORDERED.

Dated: September 11, 2026
New York, New York

GREGORY H. WOODS
United States District Judge